IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEONARD GUESS, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL NO. 4:CV-16-385 |
| | : | |
| BUREAU OF PRISONS, ET AL., | : | (Judge Brann) |
| | : | |
| Defendants | : | |

## ORDER

March 30, 2016

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT;**

1. The Clerk of Court is directed to **TRANSFER** this action to the United States District Court for the District of New Jersey.

2. The Clerk of Court is directed to mark this case in this Court **CLOSED**.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge

1